JS-6

FILED
CLERK, U.S. DISTRICT COURT
5/3/2017
CENTRAL DISTRICT OF CALIFORNIA
BY: ___CW___ DEPUTY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| PAMEILA LANETTE RAPHIEL<br><br>Plaintiff<br><br>v.<br><br>NANCY A. BERRYHILL,<br>Acting Commissioner of Social Security,<br><br>Defendant | CASE NO. 2:16-CV-6753-MWF-AGR<br><br>ORDER DISMISSING ACTION WITH PREJUDICE |

Based upon the stipulation of the parties, this action is dismissed with prejudice, each side to bear their own costs and attorneys' fees.

DATED: May 3, 2017

_____
HONORABLE MICHAEL W. FITZGERALD
United States District Judge